IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DUSTIN JAMES ADAMS,

    Petitioner,

v.                                                                                          CASE NO. 1:06-cv-00089-MP-AK

JAMES MCDONOUGH, et al.,

    Respondents.

_____/

### **O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner Adams' petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, be denied, and that this case be dismissed with prejudice. The Magistrate Judge filed the Report and Recommendation on Wednesday, March 12, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

Petitioner pled nolo contendere to armed kidnaping, armed burglary, armed carjacking, and possession of a firearm by a prior convicted felon, and was adjudicated guilty on each count. After being sentenced, Petitioner did not file a direct appeal, and he later sought post-conviction relief pursuant to Fla. R. Crim. P. 3.850. The state court rejected each of Petitioner's claims, and Petitioner filed the instant petition, raising the same issues presented in his Rule 3.850 motion. Specifically, Petitioner alleges that trial counsel was ineffective for failing to challenge the habitual felony offender sentence based on the State's improper notice, that the trial court

erred in accepting his plea without a proper factual basis, that the trial court erred in imposing the habitual offender sentence, and that the trial court erred when it found him guilty and sentenced him upon an information which was legally insufficient and improperly executed.

In a thorough report, the Magistrate finds that the claims in the instant petition are without merit, and that the state court's decision is not contrary to, nor an unreasonable application of, clearly established federal law, and therefore the instant petition should be denied. The Court agrees with the Magistrate that Petitioner's claims are not supported by the record, and that the state court's ruling is entitled to deference and does not violate § 2254(d). Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Petitioner Adams' petition for writ of habeas corpus, Doc. 1, is DENIED, and this case is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this  *11th* day of April, 2008

> *s/Maurice M. Paul*
> Maurice M. Paul, Senior District Judge